UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA *ex rel.*
DOLOS ANALYTICS, LLC,

                Plaintiff,

                v.

EXCEL GUARD CORP., *et al.*,

                Defendants.

24 Civ. 8691 (JPC)

**FILED UNDER SEAL**

## ORDER

The United States of America (the "United States") having declined to intervene pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), with respect to the claims raised in the above-captioned *qui tam* action;

IT IS ORDERED THAT:

1.     The Complaint shall be unsealed thirty days after entry of this Order and, in the event that the relator has not moved to dismiss the action, service upon the defendants by the relator is authorized as of that date.  If the relator voluntarily dismisses the Complaint pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure within this thirty-day period, the relator may seek to modify this Order with the consent of the United States or by motion on notice to the United States.

2.     All documents filed in this action prior to the entry of this Order shall remain under seal and not be made public, except for, thirty days after entry of this Order, the Complaint, this Order, and the Notice of Election to Decline Intervention (the "Notice").  The relator will serve upon the defendants this Order and the Notice only after service of the Complaint.

3.    Upon the unsealing of the Complaint, the seal shall be lifted as to all other matters occurring in this action subsequent to the entry of this Order.

4.    The parties shall serve all pleadings, motions, and notices of appeal filed in this action, including supporting memoranda and materials, upon the United States.  The United States may order any deposition transcripts.  The United States may seek to intervene in this action, for good cause, at any time, or may seek dismissal of this action after intervention.

5.    All further orders of this Court shall be sent to the United States by the relator.

6.    Should the relator propose that this action or any of its allegations be dismissed, settled, or otherwise discontinued, the relator must solicit the written consent of the United States before applying for Court approval.

Dated:  April 28, 2026
New York, New York

SO ORDERED:

_____
HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE