

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, Third Floor*
*New York, New York 10007*

June 22, 2026

<u>BY ECF</u>
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:     *United States ex rel. Dolos Analytics, LLC v. Excel Guard Corp., et al.,*
              24 Civ. 8691 (JPC)

Dear Judge Cronan:

       This Office represents the United States of America (the "Government") in the above-referenced *qui tam* action filed pursuant to the False Claims Act, as amended, 31 U.S.C. § 3729 *et seq*. On June 2, 2026, the relator filed a Stipulation of Dismissal, voluntarily dismissing its claims in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* ECF No. 7. Pursuant to 31 U.S.C. § 3730(b)(1), the Government consents to the relator's voluntary dismissal of the complaint without prejudice to the Government because the Government does not intend to pursue the allegations in the *qui tam* complaint at this time.

       I thank the Court for its attention to this matter and consideration of this letter.

                        Respectfully,

                        JAY CLAYTON
                        United States Attorney for the
                        Southern District of New York

          By:  */s/ Adam Gitlin*
                ADAM GITLIN
                Assistant United States Attorney
                Tel.: (212) 637-2734
                Email: adam.gitlin@usdoj.gov

cc:     Counsel of Record (by ECF)